Leroy **WILLIS**, Jr., Plaintiff–Appellant,

v.

W. Bill **KOLLENDER**;
et al., Defendants.

No. 08–56879.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 2, 2010.

Leroy Willis, Jr., San Diego, CA, pro se.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Leroy Willis, Jr., a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging that sheriff's deputies used excessive force against him. We

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's dismissal under 28 U.S.C. § 1915A. *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000). We affirm.

The district court properly concluded that Willis's action was time-barred. *See* Cal. Civ. Proc. § 335.1 (providing a two-year statute of limitations for personal injury claims); *Jones v. Blanas,* 393 F.3d 918, 927 (9th Cir.2004) ("For actions under 42 U.S.C. § 1983, courts apply the forum state's statute of limitations for personal injury actions."). Contrary to Willis's contentions, the statute of limitations began to run when the wrongful act results in damages, not when the full extent of those damages are understood. *See Wallace v. Kato,* 549 U.S. 384, 391, 127 S.Ct. 1091, 166 L.Ed.2d 973 (2007).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.